# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

HANNAH RITZENHEIN, individually and
on behalf of all others similarly situated,

        Plaintiff,

        vs.

    LAKE MICHIGAN CREDIT UNION,

        Defendant.

_____/

Case No. 1:22-cv-01065-JMB-SJB

Hon. Jane M. Beckering
Maj. J. Sally Berens

**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (P68616)
*rclarkson@clarksonlawfirm.com*
Yana Hart (Pro Hac Vice)
*yhart@clarksonlawfirm.com*
Tiara Avaness (Pro Hac Vice)
*tavaness@clarksonlawfirm.com*
Valter Malkhasyan (Pro Hac Vice)
vmalkhasyan@clarksonlawfirm.com
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

_____/

**PLAINTIFF'S UNOPPOSED MOTION
FOR APPROVAL OF FLSA
SETTLEMENT**

**PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF FLSA SETTLEMENT**

Plaintiff Hannah Ritzenhein ("**Plaintiff**") and Defendant Lake Michigan Credit Union ("**Defendant**") reached an agreement to settle the Fair Labor Standard Act ("**FLSA**") claims in this lawsuit. Plaintiff seeks the Court's approval of the settlement agreement. Plaintiff requests this Court to grant the following:

(1) Grant approval of the settlement,

(2) Approve Plaintiff's request for attorney fees and litigation costs,

(3) Approve the dismissal of this case following entry of an order approving the settlement and payment of the settlement amount,

(4) Approval to extend the deadline to file a dismissal of this case three weeks following the Court's order granting the instant motion.

Defendant is not opposed to the relief sought in this motion. A brief in support of this motion has been filed with this motion.

DATED: August 17, 2023

Respectfully submitted,
**CLARKSON LAW FIRM, P.C.**

*/s/ Valter Malkhasyan*
Ryan J. Clarkson (P68616)
*rclarkson@clarksonlawfirm.com*
Yana Hart (Pro Hac Vice)
*yhart@clarksonlawfirm.com*
Tiara Avaness (Pro Hac Vice)
*tavaness@clarksonlawfirm.com*
Valter Malkhasyan (Pro Hac Vice)
*vmalkhasyan@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: 213.788.4050
Fax: 213.788.4070

*Attorneys for Plaintiff*