UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRAD COOK, et al.,

    Plaintiffs,

v.

    Case No. 1:22-cv-1065

    HON. JANE M. BECKERING

LAKE MICHIGAN CREDIT UNION,

    Defendant.
_____/

## ORDER

Pending before the Court are Plaintiff Hannah Ritzenhein's Unopposed Motion to seal (ECF No. 43), seeking to file the proposed sealed brief (ECF No. 45),[1] and Unopposed Motion for Approval of FLSA Settlement (ECF No. 46). The Court having reviewed the filings:

**IT IS HEREBY ORDERED** that the Unopposed Motion to seal (ECF No. 43) is GRANTED to the extent that the proposed sealed brief (ECF No. 45) shall be filed under restricted access. The Clerk of Court is directed to restrict access to the brief (ECF No. 45), with access limited to only the Court and counsel of record for the parties.

**IT IS FURTHER ORDERED** that the Unopposed Motion for Approval of FLSA Settlement (ECF No. 46) is GRANTED. The settlement and Plaintiff Ritzenhein's request for attorneys' fees and litigation costs are APPROVED.

**IT IS FURTHER ORDERED** that appropriate dismissal papers shall be filed with the Court no later than September 11, 2023.

Dated: August 21, 2023                            /s/ Jane M. Beckering
                                                                            JANE M. BECKERING
                                                                            United States District Judge

---

[1] A redacted version of the brief (ECF No. 47) has also been filed.