# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

HANNAH RITZENHEIN, individually and on behalf of all others similarly situated,

    Plaintiff,

vs.

LAKE MICHIGAN CREDIT UNION,

    Defendant.

_____/

Case No. 1:22-cv-01065-JMB-SJB

Hon. Jane M. Beckering
Maj. J. Sally Berens

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

**NOW COMES** Plaintiff Hannah Ritzenhein ("**Plaintiff**") and Defendant Lake Michigan Credit Union ("**Defendant**") (collectively, "**the Parties**"), by and through their undersigned counsel, and hereby stipulate that all individual claims against Defendant shall be dismissed with prejudice in their entirety. Any and all class claims against Defendant shall be dismissed without prejudice in their entirety.

The Court having reviewed the Parties' stipulation and otherwise being fully informed in the premises, approves this stipulation, and orders as follows:

**IT IS HEREBY ORDERED THAT** this entire action, including all individual claims stated herein against Defendant, is hereby dismissed with prejudice, and all class claims stated herein against Defendant, are hereby dismissed without prejudice, and, except as stated in the parties' settlement agreement, with each party bearing its own attorney's fees and costs.

This Order resolves all outstanding claims and closes this case.

49258385.3

**IT IS SO ORDERED**.

Dated:　　September 5, 2023　　　　　　　/s/ Jane M. Beckering
　　　　　　　　　　　　　　　　　　　　　**Hon. Jane M. Beckering,**
　　　　　　　　　　　　　　　　　　　　　**U.S. District Court Judge**

STIPULATED AND APPROVED FOR ENTRY BY:

| | |
|---|---|
| */s/ Valter Malkhasyan* | */s/ Matthew S. Disbrow* |
| Ryan J. Clarkson (P68616) | Matthew S. Disbrow (P65378) |
| Yana Hart (Pro Hac Vice) | Matthew E. Radler (P80609) |
| Tiara Avaness (Pro Hac Vice) | Haba K. Yono (P81114) |
| Valter Malkhasyan (Pro Hac Vice) | **HONIGMAN LLP** |
| **CLARKSON LAW FIRM, P.C.** | 2290 First National Building |
| 22525 Pacific Coast Highway | 660 Woodward Avenue |
| Malibu, CA 90265 | Detroit, MI 48226-3506 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

49258385.3